En el Tribunal Supremo de Puerto Rico

| IN RE: | |
|---|---|
| JOSE A. FELICIANO RODRIGUEZ<br>    QUERELLADO<br><br>    V. | CONDUCTA<br>PROFESIONAL<br><br>98TSPR167 |

Número del Caso: 3317

Abogados de la Parte: QUERELLANTE:

LIC. CARMEN H. CARLOS
DIRECTORA DE INSPECCION DE NOTARIAS

Abogados de la Parte: QUERELLADA:   POR DERECHO PROPIO

Abogados de la Parte Interventora:

Tribunal de Instancia:

Juez del Tribunal de Primera Instancia:

Tribunal de circuito de Apelaciones:

Juez Ponente:

Fecha: 12/11/1998

Materia:

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

José A. Feliciano Rodríguez                3317

PER CURIAM

San Juan, Puerto Rico, a 11 de diciembre de 1998.

El 5 de febrero y el 24 de julio de 1998, la Directora de la Oficina de Inspección de Notarías compareció ante nos y nos informó sobre el incumplimiento del Lic. José A. Feliciano Rodríguez con varios de sus deberes como notario. Ello dio lugar a que el 25 de agosto de 1998, mediante Resolución, le ordenáramos al licenciado Feliciano mostrar causa por la cual no debía ser disciplinado por: 1) remitir tardíamente los Indices Notariales de los años 1996, 1997 y 1998; y 2) remitir tardíamente los Informes Anuales de los años 1995 y 1996.

El 10 de noviembre de 1998, el licenciado Feliciano contestó nuestra orden de mostrar causa y nos indicó que se atendría a cualquier sanción que le fuere impuesta por su incumplimiento               con               los               deberes

notariales referidos.  Solicitó que fuéramos lenientes, en vista de los problemas personales y de salud que ha sufrido durante los pasados tres años.

II

Reiteradamente hemos resuelto que el no rendir los Indices Notariales dentro del término establecido por ley constituye una conducta ilegal que puede acarrear la imposición de medidas disciplinarias.  In re: Jusino López, Per Curiam del 13 de marzo de 1998, 145 D.P.R. ___, 98 JTS 26.  In re: Garay Texidor, Per Curiam de 3 de febrero de 1997, 142 D.P.R. ___ (1997), 97 JTS 15;  In re: Santiago Arroyo, Per Curiam de 14 de diciembre de 1992, 132 D.P.R. ___ (1992), 92 JTS 168.  La inobservancia en la presentación de los Indices Notariales mensuales constituye una desviación de lo exigido por ley.  La omisión de enviarlos dentro del término establecido por ley, puede prestarse a actuaciones de naturaleza grave y contribuir a desviación de la fe pública de que están investidos los notarios.  In re: Colón De Zengotita, 116 D.P.R. 303, 305 (1985);  In re: Alvarado Tizol, 122 D.P.R. 587 (1988).  El Notario debe tener presente que la obligación que impone la ley de rendir Indices Notariales es de estricto cumplimiento.  Su incumplimiento coloca al notario en el umbral de la incapacidad para ejercer el notariado.  In re: Rivera Lassen, 116 D.P.R. 325 (1985).

III

El Lic. José A. Feliciano Rodríguez reiteradamente ha dejado de cumplir su deber de rendir los Indices Notariales a tiempo.  Así lo ha admitido el propio abogado.  También ha faltado a su deber de rendir los Informes Anuales.  Aun tomando en consideración las circunstancias que ha aducido para su incumplimiento, este no puede quedar impune.

Por todo lo antes expuesto, se suspende al Lic. José A. Feliciano Rodríguez del ejercicio de la notaría por el término de tres (3) meses, contados desde la notificación de esta opinión Per Curiam y hasta que otra cosa disponga este Tribunal.

Se le apercibe al licenciado Feliciano Rodríguez que en el futuro deberá ser más diligente respecto al cumplimiento de sus deberes profesionales. Futuros incumplimientos han de acarrear sanciones más severas.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

José A. Feliciano Rodríguez      3317

SENTENCIA

San Juan, Puerto Rico, a 11 de diciembre de 1998.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente, se suspende al abogado notario José A. Feliciano Rodríguez del ejercicio de la notaría por el término de tres (3) meses, contados a partir de la notificación de esta Opinión Per Curiam y hasta que otra cosa disponga este Tribunal. Se le apercibe al licenciado Feliciano Rodríguez que en el futuro deberá cumplir diligentemente con sus deberes profesionales. Se le advierte además, que futuros incumplimientos han de acarrear sanciones más severas. El Alguacil del Tribunal se incautará inmediatamente de toda su obra notarial para el trámite de rigor correspondiente por la Directora de Inspección de Notarías.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García y el Juez Asociado señor Rebollo López no intervinieron.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo